AO 442 (WAWD revised 09/20) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

FILED
2022 DEC 23 AM 9:06
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF
LOS ANGELES
BY: ___

| | |
|---|---|
| United States of America<br>v.<br>PATRICK W SIMMONS<br><br>Defendant | Case No. 3:20-po-05744-JRC<br>Location: WW64<br>Violation(s): 9060842; 9060841; 9060846; 9060845;<br>9060844; 9060843; 9060847 |

## ARREST WARRANT    MJ 22-05015

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)    PATRICK W SIMMONS

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☑ Violation Notice  ☐ Order of Court

This offense is briefly described as follows:

(1) INTERFERING WITH AGENCY FUNCTIONS
(2) UNDER THE INFLUENCE OF ALCOHOL/CONTROLLED SUBSTANCE
(3) VANDALISM
(4) VANDALISM
(5) OFFENSIVE OR ABUSIVE UTTERANCE, GESTURE, OBSCENE ACTION, ETC.
(6) FIGHTING, THREATENING, VIOLENT BEHAVIOR
(7) LAWFUL ORDE

Date: 11/13/2020

_Issuing Officer's signature_

City and state: Tacoma, WA

Kelly Miller, Deputy Clerk
_Printed name and title_

---

**Return**

This warrant received on (date) _____, and the person who was arrested on (date) _____
at (city and state) _____

Date: _____

_Arresting officer's signature_

_Printed name and title_

187797